IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) I N D I C T M E N T |
| Plaintiff, | ) |
| | ) 1:19 CR 719 |
| v. | ) CASE NO. _____ |
| | ) Title 21, United States Code, |
| JEFFREY MCCALL, | ) Sections 841(a)(1), (b)(1)(B), |
| | ) 843(b), and 846 |
| Defendant. | ) |

JUDGE BARKER

COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute
Controlled Substances, 21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning on or about April 1, 2019, and continuing through the present, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant JEFFREY MCCALL and others, known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute approximately 405.9 grams of a mixture and substance containing a detectable amount of d-methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Distribution Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2. On or about April 9, 2019, in the Northern District of Ohio, Eastern Division, Defendant JEFFREY MCCALL did knowingly and intentionally distribute approximately 405.9 grams of a mixture and substance containing a detectable amount of d-methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 3
(Use of a Communication Facility in the Commission of a Drug Trafficking Crime, 21 U.S.C. § 843(b))

The Grand Jury further charges:

3. On or about April 9, 2019, in the Northern District of Ohio, Eastern Division, Defendant JEFFREY MCCALL did knowingly and intentionally use a communication facility, to wit: the United States Postal Service, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a), in violation of Title 21, United States Code, Section 843(b).

FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant JEFFREY MCCALL shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly,

as the result of such violations; and any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.